William M. Woolman, State Bar No. 145124
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND PC**
7550 North Palm Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants GGNSC Administrative Services, LLC,
Hospice Preferred Choice, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

FRESNO DIVISION

| | |
|---|---|
| BETTY CARROLL,<br><br>    Plaintiff,<br><br>v.<br><br>GGNSC ADMINISTRATIVE SERVICES, LLC, HOSPICE PREFERRED CHOICE, INC., and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.    1:14-cv-01209---GSA<br><br>ORDER GRANTING APPLICATION OF J. COREY ASAY FOR PRO HAC VICE ADMISSION |

The Application for Pro Hac Vice Admission by J. COREY ASAY is hereby granted.

IT IS SO ORDERED.

Dated: **September 12, 2014**        **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING APPLICATION OF J. COREY ASAY FOR PRO HAC VICE ADMISSION

011289.00002 - 116307.1